IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GRACIELA ZUNIGA ARTEAGA,

    Plaintiff,

v.                                                                      4:12cv275-WS

FOOD SERVICE DIRECTOR GAVIN,
et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 41) docketed January 24, 2014. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

    2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this    25th    day of   February  , 2014.


                             s/ William Stafford  
                             WILLIAM STAFFORD  
                             SENIOR UNITED STATES DISTRICT JUDGE